IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **VINCENT BYNUM,** | : | |
| *Plaintiff* | : | **CIVIL ACTION** |
| | : | |
| v. | : | |
| | : | |
| **OFFICIAL OFFICER MURRAY** *et al.*, | : | **No. 18-5395** |
| *Defendants* | : | |

## ORDER

**AND NOW**, this 6th day of July, 2020, upon consideration of the Motion for Summary Judgment of Defendant Corrections Officers Murray, Brice, and Pavalko (Doc. No. 18), the Court's Orders directing Plaintiff to respond to Defendants' Motion (Doc. Nos. 19, 21), and Plaintiff's failure to respond, it is **ORDERED** that the Motion for Summary Judgment (Doc. No. 18) is **DENIED** for the reasons set forth in the accompanying Memorandum.

BY THE COURT:

_____
**GENE E.K. PRATTER**
**UNITED STATES DISTRICT JUDGE**