**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| VINCENT BYNUM, | : | |
| | : | |
| Plaintiff, | : | CIVIL ACTION NO. 18-05395 |
| | : | |
| v. | : | |
| | : | |
| OFFICIAL OFFICER MURRAY, et al., | : | |
| | : | |
| Defendants. | : | |

## STIPULATION OF SUBSTITUTION OF A PARTY AND VOLUNTARY DISMISSAL

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned Parties that:

1. Correctional Officer Murray, Correctional Officer Brice and Correctional Officer Pavalko ("Individual Defendants") were identified as Defendants by Plaintiff in his Complaint. (ECF Doc. 2).

2. The Parties have agreed to the substitution of the County of Berks as the sole Defendant and in the place of the Individual Defendants.

3. The caption of this matter shall be amended to reflect the agreement of the parties, replacing the Individual Defendants with the County of Berks.

4. By way of this agreement, Plaintiff is not required to file an Amended Complaint reflecting the above and the County of Berks is not required to file an Amended Answer.

5. The Parties further agree pursuant to Fed. R. Civ. P. 41(a)(1)(ii) that any and all claims raised by Plaintiff, Vincent Bynum, in his Complaint (ECF Doc. 2) against Individual Defendants, Correctional Officer Murray, Correctional Officer Brice and Correctional Officer Pavalko are

hereby voluntarily dismissed with prejudice in their entirety.  The Parties agree to bear their

own costs and fees.

Dated: ___9.9.20___

By: ___U. Bynum___
Vincent Bynum
Inmate ID No. NR0844
SCI Rockview, Box A
1 Rockview Place
Bellefonte, PA 16823
*Pro se Plaintiff*

Dated: ___10/9/2020___

By: _____
Matthew J. Connell, Esquire
MacMain, Connell & Leinhauser, LLC
433 West Market Street Suite 200
West Chester, PA 19382
*Attorney for Defendants,*
*The County of Berks, Correctional Officer*
*Murray, Correctional Officer Brice, and*
*Correctional Officer Pavalko*

## CERTIFICATE OF SERVICE

I, Matthew J. Connell, hereby certify that on this 9th day of October, 2020, the foregoing *Stipulation of Substitution of a Party and Voluntary Dismissal* was filed electronically and is available for viewing and downloading from the ECF system of the United States District Court for the Eastern District of Pennsylvania.

The following party received notification of this filing via First Class Mail:

Vincent Bynum
Inmate ID No. NR0844
SCI Rockview
1 Rockview Place
Bellefonte, PA 16823
*Plaintiff*

**MacMAIN, CONNELL &
LEINHAUSER, LLC**

By:     */s/ Matthew J. Connell*
Matthew J. Connell, Esquire
P.A. I.D. No. 80246
433 W. Market Street
Suite 200
West Chester, PA 19382
Tel: (484) 318-7803
Fax: (484) 328-3996
*Attorney for Defendants, Corrections
Officers Murry, Brice and Pavoklo*